# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CORRIE V DAY,**<br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00022-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE TRIAL

Before the Court is Defendant Corrie Day's Unopposed Motion for Continuance [Doc. 18]. On July 9, 2024, the Government obtained an indictment charging Defendant Day with Conspiracy to Possess with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 846 in connection with 21 U.S.C. § 841(a)(1) and (b)(1)(C). Defendant entered a plea of not guilty. [Doc. 13].

Defendant seeks a continuance because his counsel needs more time to retrieve and review discovery. [Doc. 18, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 18] and **CONTINUES** this case to **October 28, 2024**. The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 12th day of August, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
